# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Trevon Jackson  75339067
(Name of Plaintiff)    (Inmate Number)

P.O. Box 1000, White Deer, PA 17887
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Douglas K. White
(2) Catherine Gore
(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:20-CV-0853
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
MAY 26 2020
PER _____ DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     X   28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes _X_ No

C. If your answer to "B" is Yes:

1. What steps did you take? Orally spoken to the Warden Mr. D.K. White, Dr. Schmidt several times and I filed an appeal with northeast regional office

2. What was the result? The northeast regional office fail to respond and acknowledge receipt of delivery.

D. If your answer to "B" is No, explain why not: It's futile regional fail to provide me with a written decision that would allow me to move on to the next step. The process is slow paced.

## III. DEFENDANTS

(1) Name of first defendant: Douglas K. White
Employed as Warden at Allenwood Low Security Complex
Mailing address: P.O. Box 1500, White-deer, PA 17887-1500

(2) Name of second defendant: Catherine Gore
Employed as LPN at Allenwood Low Security Complex
Mailing address: P.O. Box 1500, White-deer PA 17887-1500

(3) Name of third defendant: ___
Employed as ___ at ___
Mailing address: ___

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Since April 1, 2020, ordered by Mr. White to remain in exceptionally close proximity to approximate 150 other inmates in an open air, dormitory like housing unit for 24 hours a day

7 days weeks. I'm vulnerable to contract the COVID-19.

2. On 4/8/20 at 7:11am I requested a blood pressure check and was refused also on 4/5/2020 at 7:18am I was refused to healthcare in Gregg Unit

3. Spoken to Mr. D.K. White on the Compound Orally in June of 2019 about my health concerns and Medical treatment from past history and encounter

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Enforce the BOP to quickly review administrative Remedy Process

2. Demand that the prison start COVID-19 testing, Provide better medical treatment and services. Also provide Mental health services.

3. Adopt a process of acceleration evaluation of inmates for Home Confinement that are at-risk to Contract the COVID-19 virus and perishing from it.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___5___ day of ___May_____, 20 20.

_____
(Signature of Plaintiff)

INMATE NAME/NUMBER: Trevor Jackson #75229967
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD low
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA 171
22 MAY 2020 PM 6 L

MAY 2 2 2020

U.S. District Court for Middle district of Pennsylvania
P.O. Box 1148
Scranton PA 18504

RECEIVED
SCRANTON
MAY 2 6 2020
PER _____ DEPUTY CLERK
#Legal Mail #70501311148